**Robert Ralph JOHNSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 0733–86.**

Court of Criminal Appeals of Texas, En Banc.

June 7, 1989.

On Rehearing June 7, 1989.

Rehearing Denied Jan. 17, 1990.

Benjamin F. Walker, San Antonio, for appellant.

Michael R. Little, Dist. Atty., and Georgia L. Clapper, Asst. Dist. Atty., Anahuac, Robert Huttash, State's Atty., Austin, for the State.

---

1. This statute is authorized by Article V, section 3–b of the Texas Constitution.

**710**

## OPINION ON APPELLANT'S MOTION FOR REHEARING

PER CURIAM.

Our opinion on original submission is withdrawn.

Appellant was convicted of the offense of aggravated sexual assault. V.T.C.A., Penal Code § 22.021. His punishment was assessed by the jury at twenty years imprisonment. The Fourteenth Court of Appeals affirmed the trial court's judgment of conviction. *Johnson v. State*, 709 S.W.2d 345 (Tex.App.—Houston (14th Dist.) 1986).

Pursuant to Rule 202(k), T.R.App.Proc. we dismiss appellant's petition for discretionary review as having been improvidently granted. As is true in every case, refusal or dismissal of a petition for discretionary review by this Court does not constitute an endorsement or adoption of the reasoning employed by the court of appeals. See *Sheffield v. State*, 650 S.W.2d 813 (Tex.Cr.App.1983), *Campbell v. State*, 647 S.W.2d 660 (Tex.Cr.App.1983).

Appellant's petition for discretionary review is dismissed.